UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William and Joyce Blesi,<br><br>            Plaintiffs,<br><br>vs.<br><br>Dayton Park Properties, L.L.P., Minnesota Partnership, Larry Saliterman, Robert Larson, Marion Levine, Meyer Diamond, Richard Simon, Milton Cell, Yale Rutzick and Irving Cell,<br><br>            Defendants. | Court File No. 05-CV-553  (MJD/AJB)<br><br>**ORDER FOR JUDGMENT** |

Based upon the Stipulation of Dismissal, IT IS HEREBY ORDERED that the Clerk of this Court is hereby ordered and directed to enter forthwith judgment dismissing the claims brought against Defendants Dayton Park Properties, L.L.P., Minnesota Partnership, Larry Saliterman, Robert Larson, Marion Levine, Meyer Diamond, Richard Simon, Milton Cell, Yale Rutzick and Irving Cell, by Plaintiffs William Blesi and Joyce Blesi in the above-referenced action with prejudice, including any and all counterclaims and crossclaims, on the merits and without costs and disbursements to any party.

Dated:  December 19, 2005

BY THE COURT


s / Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge